B240A (Form B240A) (04/10)

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2018 APR -9 AM 11: 29

DISTRICT OF UTAH
MAIL

Check one.
☐ Presumption of Undue Hardship
☐ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

In re __Christina L Morgan__,
*Debtor*

Case No. __16-31049__

Chapter __7__

## REAFFIRMATION DOCUMENTS

Name of Creditor: __Discount title Loans__

☐ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: __title Loans__
*For example, auto loan*

B. **AMOUNT REAFFIRMED**: $ __800.00__

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The **ANNUAL PERCENTAGE RATE** applicable to the Amount Reaffirmed is __240__ %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☒ Fixed rate    ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☒ $162.04 per month for 24 months starting on 3-20-18.

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

Description: 2002 Nissan Maxima
Current Market Value $2,873.

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☐ Yes. What was the purchase price for the collateral? $_____

☒ No. What was the amount of the original loan? $800.

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $800 | $800 |
| Annual Percentage Rate | 240 % | 246 % |
| Monthly Payment | $162.04 | $162.04 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one. ☐ Yes ☐ No

B. Is the creditor a credit union?

Check one. ☐ Yes ☐ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

    a. Monthly income from all sources after payroll deductions
    (take-home pay plus any other income)                              $_____

    b. Monthly expenses (including all reaffirmed debts except
    this one)                                                          $_____

    c. Amount available to pay this reaffirmed debt (subtract b. from a.)  $_____

    d. Amount of monthly payment required for this reaffirmed debt     $_____

    *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

    Check one of the two statements below, if applicable:

    ☐ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

    ☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:




    Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

    ☐ You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

B240A. Reaffirmation Documents                                                                                    Page 4

# PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _____     Signature _____
                                    *Debtor*

Date _____     Signature _____
                                    *Joint Debtor, if any*


**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor  Oscar Franco    72255  700 W  Midvale, UT 84047
         *Print Name*                    *Address*

_____   _____    4-4-18
*Print Name of Representative*         *Signature*         *Date*


# PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _____    Signature of Debtor's Attorney _____

                 Print Name of Debtor's Attorney _____

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Christina L Morgan | Social Security number or ITIN | 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 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | ____ |
| | | EIN | __-_____ |
| United States Bankruptcy Court  District of Utah | | Date case filed in chapter 13: | 12/15/16 |
| Case number: 16-31049 KRA | | Date case converted to chapter 7: | 3/9/18 |

Official Form 309A (For Individuals or Joint Debtors) (12/15)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1-866-222-8029 #85.

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Christina L Morgan | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 3031 Ogden Ave # 1  Ogden, UT 84401 | |
| 4. | Debtor's attorney  Name and address | E. Kent Winward  4850 Harrison Blvd. Suite 1  Ogden, UT 84403 | Contact phone (801) 392-8200  Email: utahbankruptcyfirm@gmail.com |
| 5. | Bankruptcy trustee  Name and address | David L. Miller tr  P.O. Box 9  Farmington, UT 84025-0009 | Contact phone (801) 447-8777  Email: davidlmillerpc@msn.com |

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    page 1
Date Generated: 3/12/18                                                                                           For more information, see page 2 >

5720401957101 8

4/4/2018     Case 16-31049    Doc 31    Filed 04/09/18    Entered 04/09/18 14:22:35    Desc Main
2002 Nissan Maxima SE Sedan 4D Trade In Values | Kelley Blue Book
Document    Page 6 of 8

Home > What's My Car Worth > Style > Options & Condition > SE Sedan 4D

| Trade In to a Dealer | Get an Instant Cash Offer | Sell to a Private Party |

**Next Steps: Find a Car**

Browse reviews, photos, specs and more.

[ See what you should pay ]



**Private Party Range**
**$1,717 - $4,028**
Private Party Value
**$2,873**

❶ Important info & definitions

Track this car's values

Valid for ZIP Code 84047 through 04/05/2018

✍ Write a review on your 2002 Nissan

| Value based on: | | | |
|---|---|---|---|
| Fair | Good | Very Good | Excellent |

**Sell Your Current Car**
Reach millions of buyers on KBB.com and AutoTrader.com

[ Place an ad ]

**New Cars You Might Like**

‹        ›

2018 Toyota Avalon     2018 Ford Taurus     2018 Chevrolet Impala

**More Shopping Tools**     presented by 



**Nissan Maxima®**
· Shop local offers
· Locate a Dealer
· Get a quote
· Build your new Nissan
· Search inventory

Advertisement

**Get an Instant Cash Offer**

https://www.kbb.com/nissan/maxima/2002/se-sedan-4d/?vehicleid=4530&intent=trade-in-sell&mileage=152000&pricetype=private-party&options=6319235|true&

# MOTOR VEHICLE TITLE PLEDGE AGREEMENT

| PLEDGOR'S NAME: | christina l morgan | | | | | | |
|---|---|---|---|---|---|---|---|
| Title Pledge Lender | Discount Title Loans 2917 Washington Blvd Ogden, Utah 84401 385-244-1907 | | | | | DATE MADE: | 2/20/2018 |
| | | | | | | Loan Number | TL2727 |
| | | | | | | Social Security Number | ***-**-9604 |
| DL Number State 168601600 ut | Home Phone | Work Phone 1160 w 1200 n | D.O.B. 9/10/1974 | Eyes | | Height 5'6" | Weight | Sex F |

### Description of Pledged Titled Personal Property

| Year | Color | Make | Model | License No. | VIN | Title Certificate Number |
|---|---|---|---|---|---|---|
| 2002 | White | NISSAN | Maxima | e147fn | jn1da31d221411471 | 142k |

## FEDERAL TRUTH IN LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments scheduled. |
| 240.00% | $3,088.96 | $800.00 | $3,888.96 |

**SECURITY:** Title Pledge Lender will have a security interest in the titled personal pledged property listed above.
**PREPAYMENT:** If you pay off early, a prepayment penalty will not be imposed.
**LATE FEE:** There will be a $30.00 or 5% of the amount due (whichever is greater) late fee charged on any payments that are received more than 10 days after the due date.
See the contract (below) for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Maturity Date:** 2/20/2020

**Payment Schedule:** 24 Payment(s) of $162.04 will be due beginning on 3/20/2018

| Itemization of the Amount Financed of | Amount given to you directly | Amount Refinanced | Title Lien Fee |
|---|---|---|---|
| $800.00 | $800.00 | $0.00 | $0.00 |

I hereby acknowledge receipt of this consumer notification and disclosures prior to entering into this pledge agreement.

Pledgor's Signature: *Christina Morgan*

Fee + Loan Amount = Total amount due
$3,088.96 + $800.00 = $3,888.96

Borrower and Lender agree as follows:

**1. INTEREST CALCULATION; Payment Application.** Interest under this agreement will be calculated on a simple interest basis and shall accrue as a daily rate of no more than 1/365th of interest rate disclosed multiplied by the unpaid balance (the amount financed less the amount it has been reduced by payments) for each day that any amount remains due to the Lender. All payments shall be applied first accrued interest, then any costs due to the Lender, then the unpaid principal amount, and finally to the unpaid principal amount.

**2. PROMISE TO PAY.** BORROWER or BORROWERS promises to pay to LENDER in immediately available United States currency, the Total of Payments above at LENDER's address when due in accordance with the Payment Schedule shown above until the Amount Financed together with the Finance Charge has been fully repaid together with any costs incurred by Lender in foreclosing upon its lien. All sums due hereunder without prior demand, notice or claim.

[text obscured]... not rollover this Title Loan Agreement unless you request a rollover of this Loan. A Rollover means an extension or renewal of the...

...to secure the BORROWER'S obligations under this Agreement and any extensions or renewals thereof, BORROWER or BORROWERS grants a security interest in the Motor Vehicle described above, all accessories and accessions to the Motor Vehicle, and all proceeds of any insurance proceeds or refunds of insurance premiums related to the Motor Vehicle (all such property referred to as "Collateral"). BORROWERS agrees to reimburse LENDER for any costs incurred by LENDER in perfecting its lien.

The following constitute events of default under this Agreement: (a) BORROWER or BORROWERS does not pay the full payment when due; (b) BORROWER or BORROWERS fails to keep any of BORROWER's promises under this Agreement... representation of information given to the LENDER by BORROWER or BORROWERS is false or misleading, or (d) in a case... abused, or injured, or if any attempt be made to sell the same or remove the same from the above address... without the written consent of the secured party, or if at any time said secured party deems itself insecure...

**Event of Default.** Upon occurrence of any event of default, the LENDER may at its option, and without notice or demand... (a) declare the whole outstanding balance due under this Agreement due and payable at once and proceed to collect... the Motor Vehicle and Collateral securing this Agreement according to law, including but not limited to by using self-help repossession... and remedies given by law; and (d) recover from BORROWER or BORROWERS all charges, costs and expenses and reasonable attorneys' fees incurred or paid by the LENDER in exercising any right, power or remedy provided by this agreement with interest on such collections costs and fees at a rate equal to the Annual percentage Rate. In the event of monetary or finance charge shall continue to accrue until the Amount Financed, together with all accrued and unpaid finance charges and... in the event the Vehicle/Collateral is repossessed the Lender will hold the Vehicle/Collateral in storage up to 10 days at a cost of... after 10 day period the Vehicle/Collateral will become the property of the Lender.

**Lower Cost Loans.** Lower cost loans are availabe to people with reasonable good credit. Before signing, you may compare the cost of this loan with other loans available to you (e.g. at banks, credit unions, and other lenders) to determine...

... file a complaint, or would like to contact our designated agent for process you may contact Oscar Franco at 2917 Ogden, Utah 84401. The phone number is : 385-244-1907.

_____   _____   _____
Co Borrower                  Lender



## UTAH CERTIFICATE OF TITLE

**Corrected Title**

Year: 2002   Make: NISS   Model: MAXIMA GLE/GXE
Fuel: GASOLINE   Odometer: 0

DISCOUNT TITLE LOANS
2917 WASHINGTON BLVD
OGDEN UT 84401-3720

CHRISTINA L MORGAN
  OGDEN AVE # 1
  UT 84401-3716

DISCOUNT TITLE LOANS
  WASHINGTON BLVD
  UT 84401-3720

ODOMETER REQUIREMENTS

ANY ALTERATION OR ERASURE VOIDS THIS TITLE